```
               UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF TENNESSEE
                    NASHVILLE DIVISION
```

ROBERT EARL COLE,            )
                             )
        Plaintiff            )
                             )        No. 3:12-0332
v.                           )        Judge Sharp/Bryant
                             )        **Jury Demand**
STATE OF TENNESSEE, *et al.*,)
                             )
        Defendants           )

**O R D E R**

Plaintiff has filed his Motion to Amend and Supplement Pleadings (Docket Entry No. 58) and his related Motion for an Injunction (Docket Entry No. 59). Defendants Alexander and Lee have filed responses in opposition (Docket Entry No. 60 and 61).

By his motion to amend and supplement pleadings, Plaintiff Cole seeks to add additional defendants to this action and to assert additional civil rights claims allegedly arising from his confinement at the Southeast Tennessee State Regional Correctional Facility ("STSRCF") in Pikeville, Tennessee. These claims are unrelated to the claims already raised in this action against members of the Tennessee Board of Probation and Parole, and employees of the Tennessee Department of Corrections at the Northeast Correctional Complex in Mountain City, and the DeBerry Special Needs Facility, located in Nashville. The only thing that these claims have in common is that they have allegedly arisen during the time that Plaintiff Cole has been confined as a prisoner in the custody of the Tennessee Department of Corrections.

The undersigned Magistrate Judge finds that to allow amendments to include these new claims, unrelated to the claims already in this action, would unduly and unnecessarily complicate the preparation and presentation of this case at trial, and would unduly prejudice the present Defendants by delaying a resolution of Plaintiff's claims against the current Defendants.

For the above reason, the undersigned Magistrate Judge **DENIES** Plaintiff's Motion to Amend and Supplement Pleadings (Docket Entry No. 58) and his related Motion for an Injunction (Docket Entry No. 59) without prejudice to Plaintiff's right to file a new complaint asserting these claims, if he wishes.

It is so **ORDERED**.

/s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge

2