**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **ROBERT EARL COLE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 3:12-0332** |
| **v.** | ) | **Judge Sharp** |
| | ) | |
| **STATE OF TENNESSEE, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

Magistrate Judge Bryant has entered a Report and Recommendation ("R & R") (Docket No. 218) in which he recommends that *pro se* Plaintiff's Motion for Summary Judgment (Docket No. 182) be denied because it does not meet the requirements of either Rule 56 of the Federal Rules of Civil Procedure or Local Rule 56.01. Plaintiff has filed no objections to the R & R.

Having reviewed the matter in accordance with Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition. Accordingly, the R & R (Docket No. 218) is ACCEPTED and APPROVED and Plaintiff's Motion for Summary Judgment (Docket No. 182) is DENIED.

This case is hereby returned to Magistrate Judge Bryant.

It is SO ORDERED.

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE