## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **ROBERT EARL COLE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | **No. 3:12-0332** |
| **v.** | ) | **Judge Sharp** |
| | ) | |
| **STATE OF TENNESSEE,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Magistrate Judge Bryant has issued a Report and Recommendation ("R & R") (Docket No. 233) that recommends Defendant Georgia Crowell's Motion for Summary Judgment (Docket No. 224) be granted. Despite being advised in the R & R that any objections were to be filed within fourteen days, the parties have filed none.

Having undertaken the *de novo* review required by Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended dismissal of the claims against Defendant Crowell because Plaintiff has not shown that he exhausted available administrative remedies as required by 42 U.S.C. § 1997(e)(a) of the Prison Litigation Reform Act. Accordingly, the R & R (Docket No. 233) is hereby ACCEPTED and APPROVED and the Motion for Summary Judgment filed by Defendant Georgia Crowell (Docket No. 223) is hereby GRANTED.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE